**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW SCOTT QUILLEN,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUELINE FLAGG and LEIGH ROSE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:23-cv-2055-SHL-tmp |

## ORDER APPOINTING COUNSEL UNDER PRO BONO PROGRAM

Before the Court is pro se Plaintiff Matthew Quillen's complaint alleging excessive force and failure to protect against Defendants Jacqueline Flagg and Leigh Rose. (ECF No. 1.) Plaintiff, a state prisoner, alleges that Defendants subjected him to anti-transgender harassment and physical abuse in 2022. (Id. at PageID 2.)

In March 2026, the Court ordered service on Defendants Flagg and Rose, and both Defendants were served in May 2026. (ECF Nos. 22, 24.) Neither Defendant has appeared, answered, or otherwise responded to the complaint, despite multiple warnings. After the time for responding under the Federal Rules of Civil Procedure expired, the Clerk entered default against both Defendants on July 20, 2026. (ECF No. 27.)

The Court thereafter ordered Quillen to file a motion for default judgment. (ECF No. 28.) On August 18, 2026, Quillen submitted a letter requesting assistance with the steps necessary to seek a default judgment. (ECF No. 29.) Several weeks later, he filed a Motion for Default Judgment. (ECF No. 32.)

Earlier in this case, Quillen moved for appointment of counsel. (ECF No. 11.) The Court denied that motion without prejudice, noting that appointment of counsel could be reconsidered if circumstances changed. (ECF No. 12.) Those circumstances have now changed. With default having been entered against both Defendants and the case proceeding to the default-judgment stage, the Court finds that appointment of counsel is warranted to assist Quillen in navigating the remaining proceedings and presenting his claims for relief, at a hearing.

Accordingly, the Court orders that counsel be appointed to represent Plaintiff pursuant to the Court's Civil Pro Bono Plan. *See* Administrative Order No. 2024-12, Amended Order Governing the Operation of the Civil Appointments Panel. The Clerk is **DIRECTED** to select and appoint counsel in accordance with that Plan.

**IT IS SO ORDERED,** this 6th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE