**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW SCOTT QUILLEN,<br><br>Plaintiff,<br>v.<br><br>JACQUELINE FLAGG and<br>LEIGH ROSE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:23-cv-02055-SHL-tmp |

**ORDER APPOINTING ATTORNEY DONALD A. DONATI TO
REPRESENT PLAINTIFF MATTHEW QUILLEN**

On October 6, 2026, the Court entered an Order that granted Plaintiff Matthew Scott Quillen's request to appoint him counsel, finding that Quillen needs counsel "to assist [him] in navigating the remaining proceedings and presenting his claims for relief[] at a hearing." (ECF No. 34 at PageID 154.) The Order directed the Clerk of Court to select counsel in accordance with the Court's Civil Pro Bono Plan. (Id.) The Clerk of Court identified attorney and Civil Pro Bono Panel member Donald A. Donati of Donati Law, PLLC as potential counsel for Quillen and confirmed that Mr. Donati is willing to accept the appointment. Therefore, the Court hereby **APPOINTS** Mr. Donati to represent Plaintiff Matthew Quillen in this matter.

**IT IS SO ORDERED,** this 16th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE